AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



BARBARA FISCHER               **JUDGMENT IN A CIVIL CASE**

     v.                              Case Number: 05 C 5594

AVANADE, INC.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant and against plaintiff.

 

Michael W. Dobbins, Clerk of Court

Date: 3/30/2007

/s/ Jacquelyn H. Collier, Deputy Clerk